DAISY CANNON, Respondent, v. JAMES GLASS et al., Defendants and Third-Party Plaintiffs-Appellants. NYACK HOSPITAL, Third-Party Defendant-Respòndent.

Ughetta, Acting P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.